1058

No. 95–6685. OSBORNE v. BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 95–6689. HAYES v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 95–6690. CREE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6697. NOBLE v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6706. HIGGINS v. CUOMO, FORMER GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–6707. BARNETT v. BONAVENTURE ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6708. ALEXANDER v. FEDERAL BUREAU OF INVESTIGATION. C. A. 9th Cir. Certiorari denied.

No. 95–6712. O'NEILL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6713. ROBERTS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6714. O'BRIEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–6715. PASSI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–6716. CLARK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6717. CONNALLY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6719. PARRY v. ROSEMEYER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENSBURG. C. A. 3d Cir. Certiorari denied.

No. 95–6722. TORRES-SAUCEDO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.